CONTRACTORS CAPITAL CORP.,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

v.

RDE CONSTRUCTION,
INC., Defendant.

No. 01–5058.

United States Court of Appeals,
Federal Circuit.

Feb. 5, 2002.

Before MICHEL, LOURIE and GAJARSA, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.